Joseph Klafter, appellee, v. Nasib Bahout, appellant. Gen. No. 30,922.
Action for services as architect. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner,

Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 13, 1926.

John J. Sonsteby, for appellant. Perlman, Goodman & Scolnik, for appellee; Avern B. Scolnik, of counsel.

Mr. Justice Thomson delivered the opinion of the court.